NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MARK R. RASMUSON, BRENDA S. RASMUSON, IVA MILLER, MARTIN MEIER, DAVID A. JUST, CAROLYN J. JUST, DELTON DIXON, PLEASANT VALLEY GOLF CLUB, INC., ROBERT AASTRUP, DONALD TAYLOR, BETTY TAYLOR, DOROTHY M. JOHNSON, REX ENGEBRETSON, JURGENS FARMS CORP., DEAN JURGENS, SCHUMACHER FARMS, INC., THOMAS FLOY, RICHARD STILLE, CURTIS STILLE,** AND **PAMELA STILLE,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

2014-5089

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00158-NBF, Judge Nancy B. Firestone.

-------------------------------------------------------------------

**WILMA N. ADKINS, HOWARD BURROWS, GONNER FARM, LLC, JAN ROSE FARM, INC., JAMES A. HARP, CLAYTON LINDSTROM AND GAYLE LINDSTROM, HUSBAND AND WIFE,**

**BOYCE L. LANGE, TRUSTEE, FRANK MARTIN, DAVID CHONGO AND CHRISTINE CHONGO, HUSBAND AND WIFE, RONALD PINYAN, TODD MAURICE JOHNSON, CURTIS MENNENGA, TRUSTEE, HOPE CHURCH OF THE NAZARENE, RODNEY KNOX AND PAMELA KNOX, HUSBAND AND WIFE, RONALD GAULKE AND KAREN GAULKE, HUSBAND AND WIFE, SHARON BURT, THOMAS BLAKE, MERRILL GOERING AND LINDA GOERING, HUSBAND AND WIFE, JAMES A. BRADY AND PATRICIA A. BRADY, HUSBAND AND WIFE, DAVID F. JOHNSON, MELLISSA S. CHAPPELLE, DALE BARRETT AND KATHLEEN BARRETT, HUSBAND AND WIFE, RONNIE L. SMITH AND DEBORAH A. SMITH, HUSBAND AND WIFE, DAVID E. BROONER AND CYNTHIA L. BROONER, HUSBAND AND WIFE, DOUG SCHMELING,** AND **JOHN T. CURPHEY, FOR THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF SIMILAR PERSONS,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

_____

2014-5092

_____

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00503-NBF, Judge Nancy B. Firestone.

-------------------------------------------------------------------

**STEVE JENKINS AND DONALD BURG,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2014-5107

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00241-NBF, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

The United States moves to file a combined opening brief in the above-captioned appeals and for a 30-day extension of time, until September 24, 2014, to file its opening brief. Appellees do not oppose the combined briefing but do oppose the extension of time.

The court notes that it previously ordered these appeals to be considered companion cases and assigned to the same merits panel. Upon further review, the court determines that these cases shall be consolidated for briefing and argument.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to file a combined brief is granted.

    (2) Appeal Nos. 2014-5089, 2014-5092, and 2014-5107 are consolidated.  The revised official caption is reflected above.

    (3) The motion for an extension of time is granted. The United States' opening brief is due no later than September 24, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s30